IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11069
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL PAUL JAMES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CR-229-1
--------------------
October 7, 2002

Before JONES, DUHÉ, and CLEMENT, Circuit Judges.

PER CURIAM:[1]

Michael Paul James appeals his sentence following his guilty-plea conviction for possession with intent to distribute methamphetamine.  He argues that the district court clearly erred when it increased his offense level by two for the possession of a dangerous weapon during the commission of the offense.  He also contends that the court did not address his assertion at the

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentencing hearing that he had forgotten that there was a gun and a knife in his car when he delivered the methamphetamine.

The record shows that the district court addressed James's assertions and that the court's finding with respect to the presence of a weapon during the commission of James's drug offense was supported by the record and was not clear error. See United States v. Jaquinot, 258 F.3d 423, 431 (5th Cir. 2001); United States v. Brown, 217 F.3d 247, 261 (5th cir. 2000); see also United States v. Myers, 150 F.3d 459, 465 (5th Cir. 1998).

AFFIRMED.